

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bailey Renae Schmidt,

\* From the 358th District Court
of Ector County,
Trial Court No. D-44,178.

Vs. No. 11-16-00289-CR

\* January 26, 2017

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.